# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2017

Stephen J. Markman,
Chief Justice

156772

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

WILLIAM MARQUISE JOHNSON,

      Plaintiff-Appellant,

v

LAKELAND CORRECTIONAL FACILITY
WARDEN,

      Defendant-Appellee.

_____/

SC: 156772
COA: 339641

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of November 22, 2017, the Clerk of the Court is hereby directed to close this file.



jam

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2017



Clerk